FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

'25 OCT 24  AM 11: 25

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ___1:25-cv-02976-RJg___
(To be supplied by the court)

___Oluwanisola Abolaji___, Plaintiff

v.

Jury Trial requested:
(please check one)
✓ Yes ___ No

___Nisola-Roughriders Futbol Academy LLc___

___Roughriders Holding LLC, Tony Sdao___

___Impact Sports Performance, LLC, Rylan Reed___

___Derek Robinson, and John Does 1-10___, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Oluwanisola Abolaji     524 Hawthorn Cir Frederick CO, 80530
(Name and complete mailing address)

720-245-0971          Sola@NFA-FK.com
(Telephone number and e-mail address)

### B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  Tony Sdao    1 Superior Dr, Superior CO, 80027
(Name and complete mailing address)

303 588 2896 , TonySdaO@comcast.net
(Telephone number and e-mail address if known)

Defendant 2:  Impact Sport Performance LLC, Superior CO, 80027
(Name and complete mailing address)

303 467 2288
(Telephone number and e-mail address if known)

Defendant 3:  Rylan Reed 1 Superior Dr, Superior CO 80027
(Name and complete mailing address)

970 216 3765 , Rylan@.myimpactsports.com
(Telephone number and e-mail address if known)

Defendant 4:  Micheal Perry, 1 Superior Dr, Superior CO 80027
(Name and complete mailing address)

303 746 1794 , MPerry@sportstable.club
(Telephone number and e-mail address if known)

Derek Robinson, 1 Superior Dr, Superior CO 80027
720 480-1030 , drobinson@ridertownusa.com

Nisola-Roughriders Futbol Academy, 1 Superior Dr, Superior CO 80027

Roughriders Holding LLC, 1 Superior Dr, Superior CO 80027

and John Does 1-10,

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

This civil action arises under 42 U.S.C. 1981 (interference with contracts) and related federal law. The Court has supplemental jurisdiction over state-law claims under 28 U.S.C. 1367(A)

___    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

1. Venue

Venue is proper under 28 U.S.C. 1391 because a substantial part of the events or omissions giving rise to the claims occurred in the district of Colorado, including at the Sport Stable, 1 Superior Drive, Superior Colorado

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts:

1. Plaintiff is a 49% member of NRFA and served as Director of soccer under written operating/contribution and employment agreements.

2. Defendants (a) misrepresented and concealed NRFA's financial condition and diverted PPP/revenue funds to affiliated entities/individuals; (b) withheld books and records despite written demands; and (c) terminated Plaintiff after he objected, violating his contractual and member rights.

3. New records and whistleblower statements surfaced in 2024-2025, revealing specific insider transfers and omissions previously concealed from Plaintiff.

4. Claims asserted (non-employment): Fraud/fraudulent concealment; CUVTA Fraudulent transfer (C.R.S. 38-8-101 et seq.); Breach of contract; Breach of fiduciary duty; Conversion/unjust Enrichment; member Inspection Rights (C.R.S. 7-80-408); intentional interference with Prospective Business advantage; and 1981 interference with Contracts.

5. Plaintiff does not assert Title VII or CADA here; the 1981 claim is plead solely as Contract/ownership interference, not as employment discrimination.

6. Plaintiff incorporates the Attached Exhibit A (Detailed complaint) and exhibits by reference.

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff requests: (a) compensatory and consequential damages; (b) avoidance of fraudulent transfers and constructive trust/equitable liens; (c) an accounting; (d) fees and cost as allowed by law (including 1988 and 7-80-408 (4)); and (h) all other just relief.

Jury trial demanded.

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

10/24/25
_____
(Date)

(Revised February 2022)