IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02976-RTG

OLUWANISOLA ABOLAJI,

      Plaintiff,

v.

NISOLA ROUGH RIDERS FUTBOL ACADEMY, LLC,
ROUGH RIDERS HOLDING, LLC,
IMPACT SPORTS PERFORMANCE, LLC,
TONY A SDAO,
MICHAEL PERRY,
RYLAN REED,
DEREK ROBINSON, and
JOHN DOES 1-10,

      Defendants.

---

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Second Amended Complaint (ECF No. 7) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 6). Plaintiff will be granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 solely based on inability to prepay fees or give security therefor.

Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 6) is **granted**. It is

FURTHER ORDERED that the court review Plaintiff's pleading pursuant to 28 U.S.C. § 1915(e)(2)(B) and D.C.COLO.LCivR 8.1(a). It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED December 8, 2025.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge