**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:33 am, Dec 19, 2025*
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02976-RTG

OLUWANISOLA ABOLAJI,
Plaintiff,

v.

NISOLA-ROUGHRIDERS FUTBOL ACADEMY, LLC, et al.,
Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Plaintiff Oluwanisola Abolaji, proceeding pro se, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

No Defendant has served an answer or a motion for summary judgment in this action.

Accordingly, this dismissal is effective upon filing.

DATED: December 19, 2025

Respectfully submitted,



Oluwanisola Abolaji
Plaintiff, Pro Se
524 Hawthorn Circle
Frederick, CO 80530
Telephone: (720) 245-0971