**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02976-RTG

OLUWANISOLA ABOLAJI,

     Plaintiff,

v.

NISOLA ROUGH RIDERS FUTBOL ACADEMY, LLC,
ROUGH RIDERS HOLDING, LLC,
IMPACT SPORTS PERFORMANCE, LLC,
TONY A SDAO,
MICHAEL PERRY,
RYLAN REED,
DEREK ROBINSON, and
JOHN DOES 1-10,

     Defendants.

---

## ORDER DISMISSING CASE

---

This matter is before the Court on the "Notice of Voluntary Dismissal Without Prejudice" (ECF No. 12), filed *pro se* by Plaintiff on December 19, 2025, indicating that he wishes to voluntarily dismiss this action.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." In this case, no responsive pleading has been filed by the defendant. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d

1

501, 507 (10th Cir. 1968).  Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" (ECF No. 12), therefore, closes the file as of December 19, 2025. *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that pursuant to Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" (ECF No. 12), this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of December 19, 2025. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __29th__ day of ___December___, 2025.

BY THE COURT:

___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court